

**THE CITY OF NEW YORK**

JAMES E. JOHNSON
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

JORGE M. MARQUEZ
*Senior Counsel*
Phone: (212) 356-2336
Fax: (212) 356-3558
Email: jmarquez@law.nyc.gov

November 22, 2019

VIA E.C.F.
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: ~~Sharon Williams v. City of New York, et al.~~
~~18 Civ. 9016 (AT) (SDNY)~~

*Walsh v. City of New York et al*, 19 Civ. 9238

Your Honor:

      I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney representing defendant City of New York in the above referenced action. For the reasons set forth below, the parties submit this joint request to adjourn, *sine die*, the Initial Conference presently scheduled for December 10, 2019. (See E.C.F. No. 8). This is the parties' first joint application to adjourn the Initial Conference.

      On October 11, 2019, the Court scheduled the Initial Conference in this case for December 19, 2019, at 10:40 a.m. (E.C.F. No. 8.) As the Court is aware, Local Civil Rule 83.10 applies in this matter given that Plaintiff claims that the Defendants violated his constitutional rights via police action. (See Complaint, E.C.F. No. 1.) Although the parties could appear at the scheduled December 10, 2019 conference, the parties note that Local Civil Rule 83.10 provides that mediation should generally be held prior to holding the initial conference. As a result, the parties believe that it would be better to reschedule the initial conference to a date after the mediation has been held.

Accordingly, the parties respectfully request that the Court adjourn, *sine die*, the Initial Conference presently scheduled for December 10, 2019, to a date after the mediation is held. Alternatively, the Court could adjourn the Initial Conference to a specific date in the future that provides the parties with sufficient time to comply with the deadlines prescribed in Local Civil Rule 83.10, including the mediation.

Thank you for your consideration herein.

Respectfully submitted,

/s/
Jorge M. Marquez
*Senior Counsel*
Special Federal Litigation Division

cc: VIA E.C.F.
Samuel Christopher DePaola
Sim & DePaola, LLP
42-40 Bell Boulevard
Suite 201
Bayside, New York 11361
Email: sdepaola@simdepaola.com

GRANTED. The initial pretrial conference scheduled for December 10, 2019 is ADJOURNED to **April 6, 2020**, at **11:20 a.m**. By **March 30, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: November 22, 2019
New York, New York

ANALISA TORRES
United States District Judge