UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN WALSH,

                Plaintiff,

-against-

CITY OF NEW YORK, individually and in their official capacities as New York City police officers, KEVON SAMPLE, OLIVER LIEBOWITZ, JASON LUNSFORD, JHONNY MILFORT, CATHERINE DORAN, MICHAEL CLARK and JOHN or JANE DOES 1-10,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2020

19 Civ. 9238 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 27, 2020, Defendants filed a pre-motion letter setting forth their basis for a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 17. Plaintiff failed to respond to Defendants' pre-motion letter, as required by Rule III.A.ii of the Court's Individual Practices in Civil Cases. Accordingly, by **February 28, 2020**, Plaintiff shall respond to Defendants' pre-motion letter.

    SO ORDERED.

Dated: February 21, 2020
       New York, New York

                                            ANALISA TORRES
                                           United States District Judge