```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/19/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN WALSH,

                Plaintiff,

-against-

CITY OF NEW YORK, KEVON SAMPLE, OLIVER LIEBOWITZ, and JOHN or JANE DOES 1-10,

                Defendants.

19 Civ. 9238 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for January 3, 2023, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: December 19, 2022
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge