Case 1:19-cv-09238-AT   Document 74   Filed 03/13/23   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN WALSH,

                Plaintiff,

    -against-

CITY OF NEW YORK, KEVON SAMPLE, OLIVER LIEBOWITZ, and JOHN or JANE DOES 1-10,

                Defendants.

19 Civ. 9238 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The parties have indicated via email that they intend to seek an extension of the fact discovery period. By **March 17, 2023**, the parties shall file their request for an extension. The case management conference scheduled for March 15, 2023, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: March 13, 2023
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge