# SIM & DEPAOLA LLP

*Attorneys-at-Law*
42-40 Bell Boulevard – Suite 405
Bayside, New York 11361
(718) 281-0400

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2024

February 29, 2024

**VIA ECF**
Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Granted.

SO ORDERED:

3/1/2024
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:   *Martin Walsh v. City of New York, et al.*
Docket No. 19-cv-9238 (AT) (RWL)

Your Honorable Judge Lehrburger,

I represent the Plaintiff in the above-referenced matter. I respectfully address the Court and counsel to request an extension of time, until 5:00 p.m. tomorrow, March 1, 2024, to complete Plaintiff's pre-conference submissions.

This request has become necessary due to a viral affliction to my eyes causing severe sensitivity to light. As a result I was out of the office most of the week and was unaware of the deadline until this afternoon. I sincerely apologize for any inconvenience this may cause the Court or counsel.

I was able to confer with the Plaintiff, Mr. Walsh, who confirmed his appearance on March 7, 2024. Please also note that I will endeavor to submit Plaintiff's papers well before 5:00 p.m..

Wherefore, Plaintiff respectfully requests a one-day extension of time to submit his pre-settlement papers, together with such other or further relief as the Court may deem just and proper.

Thank you for your consideration herein.

Respectfully submitted,

/s/ *Samuel C. DePaola*
Samuel C. DePaola, Esq.
*Attorney for Plaintiff*
sdepaola@simdepaola.com