UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN WALSH,

                          Plaintiff,

          -against-

CITY OF NEW YORK, KEVON SAMPLE,
OLIVER LIEBOWITZ, and JOHN or JANE DOES
1-10,

                          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   7/3/2024
```

19 Civ. 9238 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 25, 2024, the Court scheduled a case management conference for July 9, 2024.  ECF No. 100.  The parties were required to file a joint status letter not later than one week in advance of the conference.  ECF No. 57 ¶ 16.  That submission is now overdue.

Accordingly, the case management conference scheduled for July 9, 2024, is ADJOURNED *sine die*.

Further, fact discovery closed on June 17, 2024.  ECF No. 99.  The parties are reminded that pre-motion letters for leave to file a motion for summary judgment were due within fourteen days of the close of fact discovery.  ECF No. 57 ¶ 8.  The Court has received no submissions.  Accordingly, by **July 15, 2024**, the parties shall submit a joint letter to the Court, addressing the status of discovery and settlement negotiations, and their intentions with respect to motion practice.

SO ORDERED.

Dated:  July 3, 2024
       New York, New York

                              _____
                              ANALISA TORRES
                              United States District Judge