```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/20/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN WALSH,

                Plaintiff,

-against-

CITY OF NEW YORK, KEVON SAMPLE, OLIVER LIEBOWITZ and JOHN or JANE DOE 1-10,

                Defendants.

19 Civ. 9238 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated March 4, 2025, the Court directed Defendants to file their Rule 56.1 statement in conformance with Rule III.C.iii of this Court's Individual Practices in Civil Cases by March 18. ECF No. 128; *see also* ECF No. 126. That submission is now overdue. Accordingly, by **March 24, 2025**, Defendants shall file their Rule 56.1 statement.

    SO ORDERED.

Dated: March 20, 2025
       New York, New York

                                        ANALISA TORRES
                                     United States District Judge