```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/25/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MARTIN WALSH,

                Plaintiff,

-against-

CITY OF NEW YORK, KEVON SAMPLE,
OLIVER LIEBOWITZ and JOHN or JANE DOE
1-10,

                Defendants.

19 Civ. 9238 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated March 4, 2025, the Court directed Defendants to file their Rule 56.1 statement in conformance with Rule III.C.iii of this Court's Individual Practices in Civil Cases by March 18. ECF No. 128; *see also* ECF No. 126. No such submission was filed. Accordingly, by order dated March 20, the Court directed Defendants to file their Rule 56.1 statement by March 24. ECF No. 129. That deadline also passed without the Court receiving a submission from Defendants.

    Accordingly, by **March 27, 2025**, Defendants shall file their Rule 56.1 statement or otherwise file a letter stating their intentions with respect to summary judgment. Failure to comply with the Court's orders may be construed as a waiver of Defendants' contemplated motion for summary judgment.

    SO ORDERED.

Dated: March 25, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge